IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JIMMY BELUE, et al.**                                                                               **PLAINTIFFS**

v.                         **CIVIL ACTION # 2:07cv1004-KS-MTP**

**WAYNE FARMS LLC**                                                           **DEFENDANT**

<u>CONSOLIDATED WITH</u>

**ROBERT THOMAS DUNN, et al.**                                        **PLAINTIFFS**

v.                         **CIVIL ACTION #2:07cv1005-KS-MTP**

**WAYNE FARMS LLC**                                                           **DEFENDANT**

## <u>JUDGMENT</u>

This matter is before the court on a motion for partial summary judgment [Doc. #46] filed on behalf of the Defendant Wayne Farms LLC.  The Court, being fully advised in the premises and having entered a separate Memorandum Opinion and Order;

It is Ordered and Adjudged:

That the motion for summary judgment [Doc. #46] filed on behalf of the Defendant is Granted and Plaintiffs Carolyn S. Hogeland and Dorothy Mae Peppers are Dismissed with prejudice.

SO ORDERED AND ADJUDGED this the <u>  15th  </u> day of December, 2008.

                                                             *s/ Keith Starrett*
                                      UNITED STATES DISTRICT JUDGE