**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

| | |
|---|---|
| **IN RE WAYNE FARMS LLC FLSA LITIGATION** | **Civil Action 2:07-md-1872-KS-MTP (ALL CASES)** |

## ORDER ON MOTION TO REOPEN
## AND SEAL PAYMENT LIST

On this day, the Court considered the parties' Joint Motion to Reopen and to Seal Payment List (Document _).  The Court is of the opinion that the parties' Joint Motion to Reopen and to Seal Payment List is GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED the parties' Joint Motion to Reopen and to Seal Payment List is hereby GRANTED.

Signed, this _____ day of _____, 2010.

_____
PRESIDING JUDGE